IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

VICKI LYN BUTTEL                                                         Case No.: 22-40542

            Debtor

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON OBJECTION TO THE DEBTOR'S SECOND AMENDED PLAN

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the Second Amended Plan (Doc. 47) ("Plan") with the Clerk of the U.S. Bankruptcy Court at Topeka, Kansas, on or before **July 11, 2023**, the Court will enter an order confirming the Plan and no hearing will be held.

If you file a timely objection, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683 on **August 23, 2023, at 1:30 pm,** or as soon thereafter as the Court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Respectfully submitted,

/s/ Adam Mack
Adam Mack, #24443
Mack & Associates, LLC
2850 SW Mission Woods Drive
Topeka, KS 66614-5616
P: (888) 506-7029
F: (888) 506-7021
Counsel for Debtor
adam.mack@kansasjustice.com

## CERTIFICATE OF SERVICE

I do hereby certify that, on the date the foregoing document was file stamped by the Court, I served all parties who receive electronic notice through CM/ECF by filing the foregoing document through the Court's electronic filing system, and the Debtor was served electronically through a secure client portal pursuant to Fed. R. Civ. P. 5(b)(2)(F).

I further certify I caused the forgoing to be served on the creditor matrix on file in this case on , by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). It is anticipated an agent of Stretto shall provide a certificate of mailing to counsel, which will subsequently be filed with the Court.

Respectfully submitted,

/s/ Adam Mack
Adam Mack, #24443